## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



Seyfarth Shaw LLP

,

Plaintiff(s),

v.

Christopher M. Ridgeway,

Defendant(s).

Case No. 17 C 7972
Judge Harry D. Leinenweber

### ORDER

Motion hearing held on 11/14/2017. Pursuant to the Notice of Seyfarth Shaw, LLP's Consent [16], this case is transferred to the Bankruptcy Court for the Eastern District of Louisiana.

Time: 0:03

Date: 11/14/2017

/s/ Harry D. Leinenweber
United States District Court

RECEIVED - E04

17 NOV 16 PM 5:00

CLERK
U.S. DISTRICT COURT

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. HOLLIMON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 21, 2017



UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 11/21/2017

**Hale Boggs Federal Building**
**United States Courthouse**
**500 Poydras Street, Suite B-601**
**New Orleans, LA 70130**

RE:    Seyfarth Shaw LLP v. Ridgeway
USDC Case Number: 17cv7972

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on 11/14/2017 by the Honorable Harry D. Leinenweber. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                            Sincerely yours,
                            Thomas G. Bruton, Clerk

                            By: /s/ J. Hollimon
                            Deputy Clerk

Enclosure(s)

New Case Number:                          Date:      11/21/2017

Rev. 09/23/2016

FINNEGAN,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:17-cv-07972

Seyfarth Shaw LLP v. Ridgeway
Assigned to: Honorable Harry D. Leinenweber
Case in other court:
    U.S. Bankruptcy Court Eastern District of Louisian, 16-10643
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/03/2017
Date Terminated: 11/03/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Seyfarth Shaw LLP**     represented by    **Christopher James Harney**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606-6448
(312) 460-5000
Email: charney@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B. Sowka**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
(312) 460-5000
Email: jsowka@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Christopher M. Ridgeway**     represented by    **Adam M. Berger**
Molzahn, Reed Rouse & Berger, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602
(312) 917-1880
Email: amb@mrrblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Brian Richard Grimm
Reed, Rouse & Berger, LLC
20 N. Clark Street
Suite 2300
Chicago, IL 60602
312-917-1880
Email: brg@mrrblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2017 | 1 | MISCELLANEOUS CASE by Seyfarth Shaw LLP Motion to Quash Subpoena Issued by Christopher M. Ridgeway Filing fee $ 47, receipt number 0752-13758969. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Harney, Christopher) Modified on 11/7/2017 (jh, ). (Entered: 11/03/2017) |
| 11/03/2017 | 2 | CIVIL Cover Sheet (Harney, Christopher) (Entered: 11/03/2017) |
| 11/03/2017 | 3 | ATTORNEY Appearance for Plaintiff Seyfarth Shaw LLP by Christopher James Harney (Harney, Christopher) (Entered: 11/03/2017) |
| 11/03/2017 | 4 | MOTION by Plaintiff Seyfarth Shaw LLP for leave to file excess pages (Harney, Christopher) (Entered: 11/03/2017) |
| 11/03/2017 | 5 | ATTORNEY Appearance for Plaintiff Seyfarth Shaw LLP by James B. Sowka (Sowka, James) (Entered: 11/03/2017) |
| 11/03/2017 | 6 | CERTIFICATE of Service *Proof of Service of Motion to Quash Subpoena Issued by Christopher M. Ridgeway* by Christopher James Harney on behalf of Seyfarth Shaw LLP regarding miscellaneous case, 1 (Harney, Christopher) (Entered: 11/03/2017) |
| 11/03/2017 | | CASE ASSIGNED to the Honorable Harry D. Leinenweber. Designated as Magistrate Judge the Honorable Sheila Finnegan. (jn, ) (Entered: 11/03/2017) |
| 11/03/2017 | | ***Civil Case Terminated. (jh, ) (Entered: 11/06/2017) |
| 11/06/2017 | 7 | NOTICE of Motion by Christopher James Harney for presentment of before Honorable Harry D. Leinenweber on 11/14/2017 at 09:30 AM. (Harney, Christopher) (Entered: 11/06/2017) |
| 11/10/2017 | 8 | ATTORNEY Appearance for Defendant Christopher M. Ridgeway by Adam M. Berger (Berger, Adam) (Entered: 11/10/2017) |
| 11/10/2017 | 9 | NOTICE by Christopher M. Ridgeway re attorney appearance 8 (Berger, Adam) (Entered: 11/10/2017) |
| 11/10/2017 | 10 | ATTORNEY Appearance for Defendant Christopher M. Ridgeway by Adam M. Berger *Appearance of Brian S. Grimm* (Berger, Adam) (Entered: 11/10/2017) |

| 11/10/2017 | 11 | NOTICE by Christopher M. Ridgeway re attorney appearance 10 *Attorney Appearance of Brian S. Grimm* (Berger, Adam) (Entered: 11/10/2017) |
|---|---|---|
| 11/10/2017 | 12 | MOTION by Defendant Christopher M. Ridgeway to transfer case (Attachments: # 1 Exhibit Order Following Telephone Hearing and Status Conference, # 2 Exhibit Order to Strike Portions of Debtor's Objections, # 3 Exhibit Order Granting Part of Motion to Strike)(Berger, Adam) (Entered: 11/10/2017) |
| 11/10/2017 | 13 | NOTICE of Motion by Adam M. Berger for presentment of motion to transfer case, 12 before Honorable Harry D. Leinenweber on 11/14/2017 at 09:30 AM. (Berger, Adam) (Entered: 11/10/2017) |
| 11/10/2017 | 14 | MEMORANDUM by Christopher M. Ridgeway in Opposition to motion to quash, 1 (Attachments: # 1 Exhibit Interrogatories, # 2 Exhibit Request for Documents, # 3 Exhibit Requests for Production of Documents, # 4 Exhibit Interrogatories, # 5 Exhibit Order, # 6 Exhibit Order)(Berger, Adam) (Entered: 11/10/2017) |
| 11/10/2017 | 15 | NOTICE by Christopher M. Ridgeway re memorandum in opposition to motion, 14 (Berger, Adam) (Entered: 11/10/2017) |
| 11/13/2017 | 16 | Notice of Seyfarth Shaw, LLP's Consent to Transfer of this Proceeding to the Bankruptcy Court for the Eastern District of Louisiana by Seyfarth Shaw LLP (Harney, Christopher) (Entered: 11/13/2017) |
| 11/13/2017 | 17 | SUPPLEMENT to motion to transfer case, 12 *Exhibit In Support of Motion to Transfer* (Attachments: # 1 Exhibit Stryker's Motion for Protective Order) (Berger, Adam) (Entered: 11/13/2017) |
| 11/13/2017 | 18 | NOTICE by Christopher M. Ridgeway re supplement 17 *Supplemental Exhibit In Support of Motion to Transfer* (Berger, Adam) (Entered: 11/13/2017) |
| 11/14/2017 | 19 | ORDER: Motion hearing held on 11/14/2017. Pursuant to the Notice of Seyfarth Shaw, LLP's Consent 16 , this case is transferred to the Bankruptcy Court for the Eastern District of Louisiana. Signed by the Honorable Harry D. Leinenweber on 11/14/2017. (Document Received for Docketing on 11/20/2017) Mailed notice (jh, ) (Entered: 11/21/2017) |
| 11/21/2017 | 20 | TRANSFERRED to the U.S. Bankruptcy Court Eastern District of Louisiana the certified copy of the Transfer Order dated 11/14/2017, and the docket sheet via certified mail on 11/21/2017; Return Receipt number 7017 1000 0001 0876 5807. Mailed letter to all counsel of record. (Attachments: # 1 Certified Order) (jh, ) (Entered: 11/21/2017) |
| 12/07/2017 | 21 | RETURN of U.S. Post Office receipt, Article No. 9590 9402 2339 6225 0130 00. (jh, ) (Entered: 12/11/2017) |

|  PACER Service Center  |
|---|
|  Transaction Receipt  |

|  | 12/14/2017 14:43:20 | | |
|---|---|---|---|
| **PACER Login:** | ub1487:4272314:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-07972 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |